UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62385-CIV-ZLOCH

JP MORGAN CHASE BANK,
USA, NA, et al.,

    Plaintiffs,

vs.                                **FINAL ORDER OF DISMISSAL**

DONOVAN BEDASEE and
CEVON BEDASEE,

    Defendants.
_____/

THIS MATTER is before the Court upon the Report And Recommendation (DE 9) Of Magistrate Judge Patrick M. Hunt. No objections to said Report have been filed.[1] The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

In his Report (DE 9), Magistrate Judge Hunt recommends that the above-styled cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) on the basis that it is frivolous, in that the Notice Of Removal (DE 1) in the above-styled cause seeks to remove a case, which had concluded before the instant Notice (DE 1) was filed. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 9) Of Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted and ratified by the Court;

---

[1] The Clerk of the Court has issued a Notice Of Undeliverable Mail for Defendants Donovan Bedasee and Cevon Bedasee who have filed the Notice of Removal (DE 1) in the above-styled cause. The Local Rules for the Southern District of Florida provide, "[A]ny party appearing _pro se_ shall maintain current contact information with the Clerk of Court. . . . a party appearing _pro se_ shall conventionally file a Notice of Current Address with updated contact information within seven (7) days of a change. The failure to comply shall not constitute grounds for relief from deadlines imposed by Rule or by the Court. All Court Orders and Notices will be deemed to be appropriately served if directed either electronically or by conventional mail consistent with information on file with the Clerk of Court." L.R. 11.1(g).

2. Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs (DE 3) be and the same is hereby **DENIED**;

3. The above-styled cause be and the same is hereby **DISMISSED**; and

4. To the extent not otherwise disposed of or addressed herein, all pending Motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of August, 2019.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel and Parties of Record

The Honorable Patrick M. Hunt
United States Magistrate Judge

Donovan Bedasee, PRO SE
2551 41 st Avenue
Apt 304
Lauderhill, FL 33313

Cevon Bedasee, PRO SE
2551 41 st Avenue
Apt 304
Lauderhill, FL 33313